```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| SCOTT J GILBERT,<br><br>            Plaintiff,<br><br>      v.<br><br>C.C.C.F.,<br><br>            Defendant. | Civil Action<br>No. 16- 7196 (JBS-AMD)<br><br>**MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

    Plaintiff Scott J. Gilbert seeks to bring this civil action in forma pauperis ("IFP"), without prepayment of fees or security. IFP Application, Docket Entry 1-1.

    Plaintiff did not submit a complete application as several sections are blank. Plaintiff must complete the application before the Court can consider it. The Court will therefore deny the application to proceed *in forma pauperis* without prejudice. Plaintiff must either submit a completed IFP application or the $350 filing fee and $50 administrative fee before the complaint will be filed.

    An appropriate order follows.

**December 20, 2016**           **s/ Jerome B. Simandle**
Date                                           JEROME B. SIMANDLE
                                                          Chief U.S. District Judge